ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Zodiac-Poettker HBZ Joint Venture LLC | ) ASBCA Nos. 64386, 64387, 64388 |
| | ) |
| Under Contract No. W9127S-20-C-6013 | ) |

APPEARANCE FOR THE APPELLANT: Scott F. Lane, Esq.
    Thompson Coburn LLP
    St. Louis, MO

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Skye S. Martin, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Little Rock

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 1, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64386, 64387, 64388, Appeals of Zodiac-Poettker HBZ Joint Venture LLC, rendered in conformance with the Board's Charter.

Dated: July 1, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals